FILED

JAN 1 2 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:23 CR 0021 |
| v. ) | |
| ) | Title 8, United States Code, |
| SANTIAGO AJANEL-CALEL, ) | Section 1326 |
| ) | |
| Defendant. ) | **JUDGE BRENNAN** |

COUNT 1
(Illegal Reentry, 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant SANTIAGO AJANEL-CALEL is an alien and citizen of Guatemala, who has been previously removed from the United States on at least one occasion, the last being on or about January 5, 2015.

2. On or about November 30, 2022, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to apply for readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.